**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIONEL PEQUENO and | ) | |
| ALECIA GALLEGOS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>**COMPLAINT AND REQUEST FOR DECLARATORY RELIEF**</u>

The United States complains and alleges as follows:

1.      Plaintiff, the United States of America, brings this civil action for a money judgment for unpaid federal income tax liabilities owed by Defendant Lionel Pequeno for tax years 2008, 2010, 2011, and 2012, and for a declaratory judgment that the United States holds valid tax liens for those liabilities that are enforceable against property located at 410 F Road, LaBelle, Florida (the "Subject Property").

**AUTHORIZATION**

2.      This action is authorized and requested by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the

United States, and is commenced at the direction of the Attorney General of the United States in accordance with 26 U.S.C. § 7401.

### JURISDICTION AND VENUE

3.    This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4.    Defendant Lionel Pequeno resides in Hendry County, Florida, which is within the jurisdiction of this Court.

5.    Defendant Alecia Gallegos resides in Hendry County, Florida, which is within the jurisdiction of this Court. She is joined as a party because she may claim an interest in the property subject to this suit. 26 U.S.C. § 7403(b).

6.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the tax liabilities accrued and continue to accrue in this district, Defendants reside in this district, and the Subject Property is located within this district.

### PARTIES

7.    Plaintiff is the United States of America.

8.    Defendant Lionel Pequeno resides at 410 F Road, LaBelle, Florida. As alleged below, Pequeno is liable to the United States for unpaid federal income tax liabilities assessed against him for the 2008, 2010, 2011, and 2012 tax years. The federal tax liens that arose upon assessment of those liabilities attached to Pequeno's interest in the Subject Property.

2

9.      Defendant Alecia Gallegos is Pequeno's girlfriend. Alecia Gallegos resides at 410 F Road, LaBelle, Florida. Gallegos is identified as the first party-transferee on a January 5, 2015 quit claim deed purporting to transfer title to the Subject Property from Pequeno to Gallegos. As alleged below, the tax liens that arose upon assessment of the taxes at issue attached to the Subject Property prior to the transfer.

## COUNT I: FEDERAL INCOME TAXES

10.     For tax years 2010, 2011, and 2012 Defendant Pequeno filed individual federal income tax returns (Forms 1040—United States Income Tax Return for Individuals) late and reported tax due. He failed to pay in full the tax he reported.

11.     For tax year 2008, Defendant Pequeno filed an individual income tax return that reported no tax due.

12.     The IRS audited Defendant Pequeno's 2008 return and determined that he underreported the tax he owed for that year. Following that examination and in accordance with applicable deficiency procedures, a delegate of the Secretary of the Treasury issued a notice of deficiency to determined Defendant Pequeno's last known address. Defendant Pequeno did not file a petition in the Tax Court to redetermine the deficiency.

13.     For each of the years 2008, 2010, 2011, and 2012, a delegate of the Secretary of the Treasury, in accordance with the Internal Revenue laws, assessed

income taxes, as well as applicable interest and statutory additions including penalties, against Defendant Pequeno on the dates and in the amounts shown on the following chart:

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE AS OF 9/30/2020 |
|---|---|---|---|---|
| **2008** | 12/20/2010 | $18,786.00 | ADDITIONAL TAX ASSESSED PER EXAMINATION | **$45,159.68** |
| | | $4,532.00 | ACCURACY-RELATED PENALTY | |
| | 7/18/2011 | $1,892.48 | INTEREST | |
| | 7/16/2012 | $1,410.69 | LATE PAYMENT PENALTY | |
| | | $2,604.36 | LATE PAYMENT PENALTY | |
| **2010** | 4/7/2014 | $57,431.00 | TAX PER RETURN | **$118,863.54** |
| | | $1,229.00 | FAILURE TO PREPAY PENALTY | |
| | | $12,892.95 | LATE FILING PENALTY | |
| | | $10,314.36 | LATE PAYMENT PENALTY | |
| | | $6,638.38 | INTEREST | |
| **2011** | 3/10/2014 | $37,932.00 | TAX PER RETURN | **$76,209.29** |
| | | $8,534.70 | LATE FILING PENALTY | |
| | | $4,362.18 | LATE PAYMENT PENALTY | |
| | | $2,724.57 | INTEREST | |
| **2012** | 3/10/2014 | $26,470.00 | TAX PER RETURN | **$50,586.75** |
| | | $474.00 | FAILURE TO PREPAY PENALTY | |
| | | $4,763.70 | LATE FILING PENALTY | |
| | | $1,455.57 | LATE PAYMENT PENALTY | |
| | | $782.88 | INTEREST | |
| | | | | **Total: $290,819.26** |

14.    A delegate of the Secretary of the Treasury properly gave notice to Defendant Pequeno of the unpaid liabilities described in paragraph 13, and made demand for payment.

15.     Despite notice and demand for payment, Defendant Pequeno has failed and refused to pay the entire amount of the liabilities described in paragraph 13.

16.     Taking into account all payments, credits, and abatements, as of September 30, 2020, Defendant Pequeno owes $290,819.26, plus further interest and statutory additions including penalties as allowed by law, in income tax liabilities for tax years 2008, 2010, 2011, and 2012.

**COUNT II: DECLARATORY JUDGMENT AS TO FEDERAL TAX LIENS**

17.     In 2010 Defendant Pequeno acquired the real property at 410 F Road, La Belle, Florida 33935 (the "Subject Property"), more fully described as:

Parcel Number 09-44-29-010-0002-092.0 *

A tract of land lying in the NW 1/4 of Section 9, Township 44 South, Range 29 East, Hendry County, Florida, more particularly described: The West one-half of the South 894.33 feet of the East one-half of the Northeast one-quarter of the Northwest one-quarter of Section 9, Township 44 South, Range 29 East, also known as the West one-half of the South 894.33 feet of Tract 54, LaBelle Ranchettes, an unrecorded subdivision in Section 9, Township 44 South, Range 29 East. Subject to an easement for ingress and egress and utilities over and across the West 10 feet thereof. Also less the South 30 feet thereof reserved for road right of way purposes. Bearings are based on the North line of the Northwest one-quarter of Section 9, which is assumed to bear North 89 degrees 58 minutes 15 seconds East.

18.     Defendant Pequeno resides in the Subject Property.

19.     Upon assessment of the liabilities set forth in paragraph 13 above, and Defendant's failure to pay after notice and demand, federal tax liens arose

and attached to all of Defendant Pequeno's property and rights to property,

including the Subject Property. *See* 26 U.S.C. §§ 6321, 6322.

20.     A delegate of the Secretary of the Treasury filed Notices of Federal

Tax Liens in the public records of Hendry County, Florida, on the dates

identified in the following chart:

| FILING DATE | TAX LIABILITIES | BOOK, PAGE, INSTRUMENT |
|---|---|---|
| 4/25/2011 | 2008 Income Taxes | Book 832, Page 1984, Instrument Number 201126016178 |
| 12/29/2014 | 2010, 2011, 2012 Income Taxes | Book 886, Page 945, Instrument Number 201426010917 |

21.     On or about January 5, 2015, Defendant Pequeno transferred title

the Subject Property to Defendant Gallegos by quit claim deed recorded in Book

886, Page 1305, as Instrument Number 201526000027, for no or inadequate

consideration. Defendant Pequeno acquired title to the property subject to the tax

liens described above.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, the United States of America, prays for the following

relief:

A.     That the Court enter judgment in favor of the United States and

against Defendant Pequeno in the amount of $290,819.26 as of September 30,

2020, plus further interest and statutory additions including penalties as allowed

by law, for his income tax liabilities for tax years 2008, 2010, 2011, and 2012;

B.      That the Court enter a declaratory judgment that the federal tax liens against all of Defendant Pequeno's property and rights to property attach to the Subject Property, and can be enforced under section 7403 of the Internal Revenue Code.

C.      That the United States have such other and further relief as the Court may deem just and proper.

Date:  December 18, 2020                    Respectfully submitted,

                                           RICHARD E. ZUCKERMAN
                                           Principal Deputy Assistant Attorney
                                           General

                              By:     /s/ Forrest T. Young
                                      FORREST T. YOUNG
                                      NY Bar Number 5582192
                                      Trial Attorney, Tax Division

                                      U.S. Department of Justice
                                      Post Office Box 14198
                                      Washington, D.C. 20044

                                      Telephone:    (202) 353-1978
                                      Facsimile:    (202) 514-4963
                                      Email:        forrest.t.young@usdoj.gov

                                      Of Counsel

                                      MARIA CHAPA LOPEZ
                                      United States Attorney

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Lionel Pequeno, Alecia Gallegos | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lionel Pequeno
410 F Road
La Belle, FL 33935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Forrest T. Young
Trial Attorney
U.S. Department of Justice, Tax Division
PO Box 14198
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No. |
| Lionel Pequeno, and Alecia Gallegos | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Alecia Gallegos
410 F Road
La Belle, FL 33935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Forrest T. Young
Trial Attorney
U.S. Department of Justice, Tax Division
PO Box 14198
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

Lionel Pequeno and Alecia Gallegos

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Hendry
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Forrest T. Young, U.S. Dep't of Justice, Tax Division
P.O. Box 14198, Washington DC 20044, 202-353-1978

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1   U.S. Government Plaintiff | ☐ 3   Federal Question *(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government Defendant | ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC §§ 7402, 7403

Brief description of cause:
Obtain monetary judgment and declaratory judgment setting aside the fraudulent transfer of property

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 290,819.26

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   12/18/2020

SIGNATURE OF ATTORNEY OF RECORD   /s/ Forrest T. Young

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT  _____   APPLYING IFP  _____   JUDGE  _____   MAG. JUDGE  _____